IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARY R. REEL,

    Plaintiff,

v.                                                            Civil Action No. 5:08CV28

BAYER CORPORATION and
BAYER HEALTHCARE PHARMACEUTICALS,

    Defendants.

## AGREED STIPULATION AND ORDER

COME NOW, Plaintiff and each of the Defendants, by and through their respective counsel, and Pursuant to Rule 7.0 of the Local Rules of the Northern District of West Virginia hereby advise this Honorable Court that they have stipulated and agreed to extend the Defendants' Answer deadline thirty (30) days, such that the Defendants shall now Answer or otherwise plead to the Complaint on or before February 18, 2008.

WHEREUPON, the Court, having reviewed and approved the proposed stipulation and agreement, and for good cause shown, does HEREBY ORDER that the Answer deadline shall be extended as set forth above.

The Clerk is directed to provide certified copies of this Order to all counsel of record.

January 22, 2008

_____
Honorable Frederick P. Stamp, Judge

APPROVED BY:

*[signature]*

BARRY HILL, ESQ. (#1722)
MARY J. WILLIAMS, ESQ. (#8056)
HILL WILLIAMS, PLLC
89 – 12th St.
Wheeling, WV 26003
*Counsel for Plaintiff*

*[signature: Harry W. Blalock]*

LARRY W. BLALOCK (#366)
JACKSON KELLY PLLC
1144 Market St.
Wheeling, West Virginia 26003
304/ 233 4000
304/233-4077

and

CHARLES F. FORER, ESQUIRE
ALBERT BIXLER, ESQ.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215/851-8406 (telephone)
215/851-8383 (fax)
*Counsel for BAYER CORPORATION and*
*BAYER HEALTHCARE PHARMACEUTICALS*