FILED
FEB - 4 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MARY R. REEL,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>    Defendants. | Civil Action No. 5: 08 CV 28 |

## O R D E R

AND NOW, this ___4th___ day of ___February___, 2008, upon consideration of the **Motion of Defendants Bayer Corporation and Bayer HealthCare Pharmaceuticals Inc. to Permit Withdrawal of Albert G. Bixler, Esquire and Charles F. Forer, Esquire as Counsel,** it is hereby ORDERED THAT

    The Motion is GRANTED. It is further ORDERED THAT

    The appearances of Albert G. Bixler, Esquire and Charles F. Forer, Esquire are hereby withdrawn as counsel for defendants Bayer Corporation and Bayer HealthCare Pharmaceuticals Inc.

                                                BY THE COURT:

                                                Honorable Fredrick P. Stamp, Judge